UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYNOLDS, et al.,

        Plaintiffs,                   No. C 11-0462 PJH

     v.                        **ORDER DENYING APPROVAL OF FLSA SETTLEMENT**

HOLOGIC, INC., et al.,

        Defendants.

_____/

United States District Court
For the Northern District of California

     Plaintiffs' motion for approval of FLSA settlement came on for hearing before the court on July 11, 2012.   Plaintiffs appeared through their counsel, Julie I. Vinogradsky, and defendants appeared through their counsel, Gregory G. Iskander.  For the reasons stated by the court at the hearing, plaintiffs' motion is DENIED without prejudice.  The parties shall have 30 days to submit a re-styled motion to the court, either as a motion for preliminary settlement approval, or as a motion to decertify the collective class so that the case may be settled outside of the collective action context.

     **IT IS SO ORDERED.**

Dated: July 11, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge