UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYNOLDS, et al.,

    Plaintiffs,

v.

HOLOGIC, INC., et al.,

    Defendants.

_____/

No. C 11-0462 PJH

**ORDER RE PLAINTIFF'S OBJECTIONS TO PROPOSED SETTLEMENT**

The court is in possession of a number of emails, sent from plaintiff Shella Leahy ("Leahy") to this court's ADR office, which contain objections to the proposed FLSA settlement in the above-captioned case. The court notes that Leahy's emails attach attorney-client privileged communications between Leahy and plaintiffs' counsel. The court further notes that, as a represented party, Leahy should not engage in ex parte communications directly with the court. As such, the court cannot properly consider Leahy's objections in their current form.

However, the court finds that Leahy has raised a number of significant issues regarding the proposed settlement, most notably a potential misrepresentation regarding Leahy's salary, which adversely affects her recovery under the terms of the proposed settlement. The court will take Leahy's objections under consideration if they are properly filed, in letter form, without inclusion of any attorney-client privileged communications. The court will consider any objections filed on or before **September 7, 2012**. Plaintiffs' counsel is ordered to serve a copy of this order on Ms. Leahy personally.

**IT IS SO ORDERED.**

Dated: August 28, 2012

                                        _____
                                        PHYLLIS J. HAMILTON
                                        United States District Judge