UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYNOLDS, et al.,

    Plaintiffs,

    v.

HOLOGIC, INC., et al.,

    Defendants.

_____/

No. C 11-0462 PJH

**ORDER RE RESPONSE TO PLAINTIFF'S OBJECTIONS**

The court has received plaintiffs' counsel's response to plaintiff Shella Leahy's objections to the proposed settlement in the above-entitled action. A look at the exhibit attached to plaintiffs' counsel's response (Dkt. 50) shows that much of Ms. Leahy's personal information is visible and readable. As a result, the court has locked the document. Plaintiffs' counsel are ordered to re-file the document, with all of Ms. Leahy's personal information (including her social security number, date of birth, address, phone number) clearly blacked out, so as to make the personal information unreadable.

**IT IS SO ORDERED.**

Dated: September 18, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge