UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARYANN REYNOLDS, DANA SHAWA, and SHELLA LEAHY, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOLOGIC, INC., and SUROS SURGICAL SYSTEMS, INC.,<br><br>Defendants. | Case No.  CV 11-0462 PJH<br><br>[~~PROPOSED~~] FINAL JUDGMENT AND ORDER OF DISMISSAL |

Pursuant to the order of this Court on September 28, 2012, granting approval of the FLSA settlement, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

Judgment in this matter is entered in accordance with the Court's Order Granting Approval of FLSA Settlement ("Approval Order") and the Parties' Stipulated Settlement Agreement ("Settlement Agreement"). The Parties are hereby directed to perform pursuant to the terms of the Settlement Agreement, except that as set forth in the Approval Order, Plaintiffs' counsel shall receive an attorney's fee award of 25% of the total settlement fund. The balance of the settlement distribution shall be in accordance with the terms of the Settlement Agreement, including plaintiffs' counsels' costs of $6,750, the enhancement payments to the representative plaintiffs Maryann Reynolds, Shella Leahy, and Dana Shawa, and pro-rata distribution as follows: 22% to Maryann

Reynolds, 45% to Shella Leahy, 11% to Dana Shawa, 10% to Denise Duncan, and 12% to Alicia Lindsey (the "Settlement Class Members").

Judgment is entered pursuant to Federal Rule of Civil Procedure 58. This Court has jurisdiction over subject matter and the parties and retains continuing jurisdiction over (a) implementation of this settlement and any award or distribution of the settlement payments; and (b) construction, enforcement and administration of the Settlement Agreement.

The entire action, including the claims of the five Settlement Class Members who filed Consents to Join Suit as Party Plaintiffs, is **HEREBY DISMISSED WITH PREJUDICE.**

Dated: 10/5/12

_____
Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton